

# Orange County Clerk - Court Records Search

## 2021-CC-008015-O : ARSLAN AKHMETOV vs. HEALTHCARE REVENUE RECOVERY GROUP LLC

| | | | |
|---|---|---|---|
| Case Type: | CC - County Civil $8,001 - $15,000 | Date Filed: | 6/16/2021 |
| Location: | Div 71 | UCN: | 482021CC008015A001OX |
| Judge: | Amy J Carter | Status: | Pending |
| Citation Number: | CC - County Civil $8,001 - $15,000 | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| ARSLAN AKHMETOV | Plaintiff | THOMAS PATTI | 844-542-7235 |
| HEALTHCARE REVENUE RECOVERY GROUP LLC | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 6/20/2021 | Summons Issued Electronically as to | 2 |
| | Comments: EMAILED TO ATTY | |
| 6/16/2021 | Request to Produce | 5 |
| 6/16/2021 | Notice of Service of Interrogatories | 6 |
| 6/16/2021 | Complaint | 33 |
| 6/16/2021 | Civil Cover Sheet | 3 |
| 6/16/2021 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 6/16/2021 | Transaction Assessment | | 310.00 |
| 6/16/2021 | Payment | Thomas John Patti III | -310.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

### Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|