UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-1148

ARSLAN AKHMETOV,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

## DEFENDANT, HEALTHCARE REVENUE RECOVERY GROUP, LLC'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

 **X**   **IS** similar or related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**This case was removed from the County Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case Number 21-CC-008015-O.**

_____**IS NOT** similar or related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.  No similar or successive case exists.

1

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after the appearance of the party.

Dated this **19th day of July 2021.**

        Respectfully submitted,

        */s/ Ernest H. Kohlmyer, III*
        Ernest H. Kohlmyer, III, Esq., LL.M.
        Florida Bar No. 110108
        skohlmyer@shepardfirm.com
        Shepard, Smith, Kohlmyer & Hand, P.A.
        2300 Maitland Center Parkway, Suite 100
        Maitland, FL 32751
        Telephone (407) 622-1772
        Facsimile (407) 622-1884
        *Attorneys for Defendant,*
        *Healthcare Revenue Recovery Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **July 19, 2021**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com, and Thomas Patti, Esquire at tom@jibraellaw.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant,*
*Healthcare Revenue Recovery*
*Group, LLC*