**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ARSLAN AKHMETOV,**

                **Plaintiff,**

v.                                                                   Case No: 6:21-cv-1148-PGB-EJK

**HEALTHCARE REVENUE**
**RECOVERY GROUP, LLC,**

                **Defendant.**

**ORDER TO SHOW CAUSE**

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of July 14, 2021 directing counsel to file a Notice of Pendency of Other Actions and to file a Certificate of Interested Persons and Corporate Disclosure Statement. Therefore, it is

**ORDERED** that the plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions.

**DONE** and **ORDERED** in Orlando, Florida, this 9th day of August 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record