UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-1148

ARSLAN AKHMETOV,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC,

    Defendant.
_____/

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Arslan Akhmetov ("Plaintiff"), by and through undersigned counsel, discloses the following pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties:

1. Any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to party in the above captioned case:

    (a)    Arslan Akhmetov;

    (b)    Plaintiff's attorney, The Law Offices of Jibrael S. Hindi, PLLC;

    (c)    Plaintiff's attorney, Jibrael S. Hindi, Esq.;

    (d)    Plaintiff's attorney, Thomas J. Patti, Esq.;

    (e)    Healthcare Revenue Recovery Group, LLC;

    (f)    Defendant's attorney, Shepard, Smith, Kohlmyer & Hand, P.A.; and

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

    (g)    Defendant's attorney, Ernest H. Kohlmyer , III

DATED: August 23, 2021

Respectfully Submitted,

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:       855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 23, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com