UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-1148

ARSLAN AKHMETOV,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

## **JOINT RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, Arslan Akhmatova ("Plaintiff") and Defendant, Healthcare Revenue Recovery Group, LLC, ("Defendant") (collectively the "Parties") pursuant to the Court's Order to Show Cause **[DE 27]**, submit the following response:

1. On June 1, 2022, the Court issued an Order to Show Cause **[DE 27]**, due to the Parties failing to comply with Court Order directing them to file a report detailing the status of the pending Hunstein appeal. *See* **[DE 24]**.

2. The Parties failure to timely file a Joint Status Report was a clerical error and oversight by the Parties.

3. The Parties respectfully apologize to the Court for not requesting additional time to file a timely Joint Status Report.

4. The Parties were operating on a static sixty (60) day schedule for the filing of the Joint Status Reports from the initial Order that was entered on or about December 15, 2022. For example, the deadline for the last Joint Status Report would have on or about April 15, 2022, the deadline for the next Joint Status Report would have been on or about June 15, 2022, and so and so forth.

5. The Parties filed the previous Joint Status Report **[DE 26]** two weeks early because of possible scheduling conflicts and did not want the Court imposed sixty-day deadline to be missed.

6. Because the Parties thought the deadline was a static sixty-days for the next Joint Status Report, the deadline date would be on or about June 15, 2022. The Parties were under the impression that there was two weeks remaining prior to the deadline for the next report.

7. The Parties simultaneously with this response have filed the next Joint Status Report.

8. The Parties respectfully ask the Court not to impose sanctions, as the delay in filing has not resulted in prejudice to any of the Parties in this matter.

9. Again, The Parties respectfully apologize to the Court for not Requesting additional time to file the next Joint Status Report.

Dated: June 1, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ *Thomas Patti* | /s/ *Ernest H. Kohlmyer, III* |
| Thomas Patti, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 118377 | Florida Bar No. 110108 |
| tom@jabraellaw.com | Skohlmyer@shepardfirm.com |
| Law Offices of Jibrael S. Hindi | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 110 SE 6th St. Fl. 17 | 2300 Maitland Center Parkway, Suite 100 |
| Fort Lauderdale, FL 33301 | Maitland, Florida 32751 |
| *Attorney for Plaintiff* | Telephone (407) 622-1772 |
| | Facsimile (407) 622-1884 |
| | *Attorneys for Defendant* |