UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ARSLAN AKHMETOV,**

       **Plaintiff,**

**v.**                                         **Case No: 6:21-cv-1148-PGB-EJK**

**HEALTHCARE REVENUE**
**RECOVERY GROUP, LLC,**

       **Defendant.**
_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed September 22, 2022 (Doc. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Healthcare Revenue Recovery Group, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 23, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

2

Counsel of Record
Unrepresented Parties